JS-6



C. Yong Jeong, Esq. (SBN 255244)
Jeong & Likens, L.C.
1055 W 7th St. Suite 2280
Los Angeles, CA 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff UNICOLORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>EARTHBOUND TRADING, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00442-PA-AGRx<br><br>ORDER ON<br>**STIPULATION FOR DISMISSAL**<br><br>Honorable Percy Anderson |

### STIPULATION

WHEREAS the remaining parties to this action, Plaintiff UNICOLORS, INC. and EARTHBOUND TRADING, LLC, have reached a resolution of their disputed claims by way of confidential settlement and now wish to have a dismissal of this action entered as to those parties,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff UNICOLORS, INC. and EARTHBOUND TRADING, LLC, that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1

ORDER ON STIPULATION FOR DISMISSAL

  Plaintiff and Defendant shall each bear their own costs, expenses, and attorney's fees incurred to date in connection with any stage of this proceeding.

Dated: August 12, 2015

/s/
C. Yong Jeong, Esq.
Attorney for Plaintiff UNICOLORS, INC.

Dated: August 12, 2015

/s/
Rachel Saldana, Esq.
Attorney for Defendant
EARTHBOUND TRADING, LLC

IT IS SO ORDERED
Dated 8/14/15

United States District Judge